**Entered on Docket**
**March 24, 2016**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes
the order of the court. Signed March 24, 2016

_Charles Novack_

**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In Re: Billy Joe Moore                           Case No.: 15-43434 CN

Debtor(s)/                                        Chapter: 7

_____

## ORDER OF DISMISSAL

Debtor(s) having failed to comply with this Court's order dated 12/14/2015, and no objections having been filed, THIS CASE IS HEREBY DISMISSED.

**\*\*END OF ORDER\*\***

COURT SERVICE LIST

All Recipients